IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| CARLOS ESQUIVEL, ET AL. Individually and on behalf of all others similarly situated,<br>   *Plaintiffs,*<br><br>V.<br><br>DOWNHOLE TECHNOLOGY LLC, ET AL.,<br>   *Defendants.* | § § § § § § § § § § | NO.  MO:20-CV-00038 DC |

## FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE
## AS TO MANNY FRANKLIN

ON THIS DAY the Court considered the Parties' Joint Agreed Stipulation of Dismissal of Claims as to MANNY FRANKLIN Without Prejudice (Doc. 47) filed May 7, 2020. The Court finds the Motion should be GRANTED.

It is ORDERED, Plaintiff MANNY FRANKLIN, is DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED attorney fees, expenses and court costs shall be borne by the party incurring same.

IT IS FURTHER ORDERED that all pending motions pertaining to MANNY FRANKLIN, if any, are DENIED AS MOOT, and all relief not expressly granted is DENIED.

It is so **ORDERED**.

SIGNED this 8th day of May, 2020.

_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE

Case 4:21-cv-00181    Document 48    Filed on 05/08/20 in TXSD    Page 2 of 2