United States District Court
Southern District of Texas
**ENTERED**
July 14, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CARLOS ESQUIVEL, et al., | § § § § § § § § § § § | |
| Plaintiffs. | | |
| VS. | | CIVIL ACTION NO. 4:21-cv-00181 |
| DOWNHOLE TECHNOLOGY, LLC, et al., | | |
| Defendants. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 22, 2022, the Court referred Defendant The WellBoss Company LLC's Motion for the Court to Deny Supplemental Jurisdiction Over Plaintiffs' State Law Claims (Dkt. 83) to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 103. On June 30, 2022, Judge Edison filed a Memorandum and Recommendation, recommending that the Court deny the motion. *See* Dkt. 107.

No objections to the Memorandum and Recommendation have been filed. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 28) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant The WellBoss Company LLC's Motion for the Court to Deny Supplemental Jurisdiction Over Plaintiffs' State Law Claims (Dkt. 83) is **DENIED**.

It is so **ORDERED**.

SIGNED at Houston, Texas on July 14, 2022.

                                                 GEORGE C. HANKS, JR.
                                               UNITED STATES DISTRICT JUDGE