IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Carlos Esquivel, et al., individually and on behalf of all those similarly situated, | § § § | |
| Plaintiff, | § | C.A. No. 4:21-cv-00181 |
| | § | |
| v. | § | |
| | § | Class and Collective Action |
| Downhole Technology LLC, National Boss Hog Energy Services LLC, and The Wellboss Company LLC, | § § § § | Jury Demanded |
| | § | |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Ryan Anderson, Zachary Anderson, Hervey Botello, Lane Brown, Scott Kevin Bruton, Adrian Calderon, Joaquin Campos, Rigoberto Cisneros, Brandon Cummins, Jesse Davis, Craig Aaron DeFever, Shannon Dinger, Danny Driskill, Jeremy Evans, Neil Figurel, Nicholas Garcia, Ruben Gonzalez, Eric Grado, Nathan Green, Manuel Hernandez, Jack Hiatt, Clayton Hodgson, Dean Hunter, Brian Kuhn, Cody Lambert, Josh Layton, Nathan Mast, Chris McElory, Travis McGill, Justin Mendoza, Marcos Mendoza, Jessie Mikeska, Shaun Nelson, Bret Nitzsche, Joshua Orona, Julian Orona, Hershel Trey Parker, Matthew Plott, John Grady Rakestraw, Joseph Reed, Jesse Rivera, Brian Robinson, Esteban Rodriguez, Michael Sargent, Mike Shoemaker, Heath Simmons, Wally Suarez, Johnny Torrez, Logan Tow, Corey Villareal, Paul Walters and Preston Walters (hereinafter collectively referred to as "**Plaintiffs**") and Defendants Downhole Technology LLC, National Boss Hog Energy Services LLC and The WellBoss Company LLC (hereinafter collectively referred to as "**Defendants**") (Plaintiffs and Defendants collectively, the

1

"**Parties**") file this Stipulation of Dismissal, and in support thereof would show the Court as follows:

1. The Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of Plaintiffs' claims against Defendants **with prejudice**;

2. This stipulation of dismissal disposes of the entire action; and

3. Each party shall bear his/their own costs.

Respectfully submitted,

**THE LAW OFFICE OF CHRIS R. MILTENBERGER, PLLC**

By: */s/ Chris R. Miltenberger*
　　Chris R. Miltenberger
　　State Bar No. 14171200
　　1360 N. White Chapel, Suite 200
　　Southlake, Texas 76092-4322
　　(817) 416-5060 (Telephone)
　　(817) 416-5062 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**

**-and-**

**HUNTON ANDREWS KURTH LLP**

By: */s/ Holly H. Williamson*
　　**Holly H. Williamson**
　　S.D. Tex. No. 8591
　　Texas State Bar No. 21620100
　　hwilliamson@HuntonAK.com

2

**J. Marshall Horton**
S.D. Tex. No. 725924
Texas State Bar No. 24029095
marshallhorton@HuntonAK.com
**Jessica K. Little**
S.D. Tex. No. 3006380
Texas State Bar No. 24084389
jessicalittle@HuntonAK.com
**Savannah Gibbs**
S.D. Tex. No. 3608289
Texas State Bar No. 24109923
sgibbs@HuntonAK.com
**Jaclyn I. Barbosa**
S.D. Tex. No. 3686275
Texas State Bar No. 24109223
jbarbosa@HuntonAK.com
600 Travis St., Suite 4200
Houston, Texas  77002
(713) 220-4200 (Telephone)
(713) 220-4285 (Facsimile)

**ATTORNEYS FOR DEFENDANTS DOWNHOLE TECHNOLOGY LLC, NATIONAL BOSS HOG ENERGY SERVICES LLC, AND THE WELLBOSS COMPANY LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document has been served on counsel of record, by operation of the Court's electronic filing system.

*/s/ Chris R. Miltenberger*
Chris R. Miltenberger

3