Case 4:21-cv-00181   Document 114   Filed on 09/01/22 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Carlos Esquivel, et al., individually and on behalf of all those similarly situated, | § § § | |
| Plaintiff, | § § | C.A. No. 4:21-cv-00181 |
| v. | § § | |
| | § | Class and Collective Action |
| Downhole Technology LLC, National Boss Hog Energy Services LLC, and The Wellboss Company LLC, | § § § § § § | Jury Demanded |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' and Defendants' stipulation of dismissal.

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiffs have done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church,* 727 F.3d 356, 362 (5th Cir. 2013).

Accordingly, the Court hereby **ORDERS** that all claims and causes of action by Plaintiffs Ryan Anderson, Zachary Anderson, Hervey Botello, Lane Brown, Scott Kevin Bruton, Adrian Calderon, Joaquin Campos, Rigoberto Cisneros, Brandon Cummins, Jesse Davis, Craig Aaron DeFever, Shannon Dinger, Danny Driskill, Jeremy Evans, Neil Figurel, Nicholas Garcia, Ruben Gonzalez, Eric Grado, Nathan Green, Manuel Hernandez, Jack Hiatt, Clayton Hodgson, Dean Hunter, Brian Kuhn, Cody Lambert, Josh Layton, Nathan Mast, Chris McElory, Travis McGill,

Justin Mendoza, Marcos Mendoza, Jessie Mikeska, Shaun Nelson, Bret Nitzsche, Joshua Orona, Julian Orona, Hershel Trey Parker, Matthew Plott, John Grady Rakestraw, Joseph Reed, Jesse Rivera, Brian Robinson, Esteban Rodriguez, Michael Sargent, Mike Shoemaker, Heath Simmons, Wally Suarez, Johnny Torrez, Logan Tow, Corey Villareal, Paul Walters and Preston Walters (hereinafter collectively referred to as "**Plaintiffs**") against Defendants Downhole Technology LLC, National Boss Hog Energy Services LLC and The WellBoss Company LLC (hereinafter collectively referred to as "**Defendants**") are **DISMISSED WITH PREJUDICE** to the refiling of same.

This Order disposes of the entire action.

Each party shall bear his/their own costs.

Dated this the  1st  day of   September  , 2022.

*George C. Hanks Jr*
UNITED STATES DISTRICT JUDGE